IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| **AMIE SHOOP** | : |
| Plaintiff | : |
| v. | :    Civil Action No. 3:15-cv-00074-JAG |
| **MAVERICK ENTERPRISES, INC., ET AL.** | : |
| Defendants. | : |

## FINAL ORDER

The Court preliminarily approved the parties' joint motion for settlement approval on July 20, 2015 (Dkt. 25). After holding a hearing on October 1, 2015 to determine the fairness of the parties' settlement, and the Court having found the settlement is fair and reasonable:

**IT IS HEREBY ORDERED** that the parties' joint motion for approval of the FLSA collective action settlement agreement reached in this case is GRANTED.

**IT IS FURTHER ORDERED** that the settlement payment to the Claimants in the amount of $1,938.52 is APPROVED.

**IT IS FURTHER ORDERED** that the enhancement award to the named Plaintiff in the amount of $1,000.00 is APPROVED.

**IT IS FURTHER ORDERED** that the attorneys' fees and reimbursement of costs to Plaintiffs' counsel in the amount of $21,728.98.00 is APPROVED.

**IT IS FURTHER ORDERED** that the parties shall file dismissal papers in accordance with the terms of the settlement agreement.

**SO ORDERED** on this 1st day of October, 2015

/s/ _____
John A. Gibney, Jr.
United States District Judge